IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR65** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PATRICIA VEGA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jim K. McGough, CJA, to withdraw as counsel for the defendant, Patricia Vega [24].  Since retained counsel, George Siddell has entered an appearance via an Application for Admission Pro Hac Vice for the defendant [23], the motion to withdraw [24] is granted.  Jim K. McGough shall be deemed withdrawn as attorney of record and  shall forthwith provide George Siddell with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McGough  which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 1st day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge